**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ray HATTON, Jr., Defendant–Appellant.**

**No. 12–31074**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 13, 2013.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, John Luke Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Ray Hatton, Jr., Beaumont, TX, pro se.

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

Ray Hatton, Jr., federal prisoner # 13987–035, pleaded guilty to using a facility in interstate commerce to attempt to coerce a minor to engage in criminal sexual acts, in violation of 18 U.S.C. § 2422(b). R. 1, 62–72, 94. He was sentenced to 65 months in prison and 10 years of supervised release. The instant appeal challenges the district court's denial of his 18 U.S.C. § 3583(e)(2) motion to modify special condition four of his terms of supervised release.

As the district court determined, because Hatton is still serving his term of imprisonment, any challenge to the conditions of supervised release is arguably premature. "A claim is not ripe for review if it rests upon contingent future events that may not occur as anticipated, or indeed may not occur at all." *United States v. Carmichael,* 343 F.3d 756, 761, 762 (5th Cir.2003) (internal quotation marks and footnote omitted). Whether Hatton's future employment will be constrained by special condition four of his terms of supervised release is too speculative, at least as Hatton presented it. Accordingly, we affirm the judgment of the district court.

AFFIRMED.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.